[No. 60279-9-I.   Division One.   June 23, 2008.]

CECCANTI CONSTRUCTION, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-24985-2, Richard A. Jones, J., entered June 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60702-2-I.   Division One.   June 23, 2008.]

PACIFIC TOPSOILS, INC., *Appellant*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-10311-2, Thomas J. Wynne, J., entered September 7, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Cox, JJ.

[No. 60896-7-I.   Division One.   June 23, 2008.]

LENZ ENTERPRISES, INC., *Respondent*, v. ISLAND COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-00649-7, John M. Meyer, J., entered October 23, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, A.C.J., concurred in by Appelwick and Leach, JJ.

[Nos. 35291-5-II; 36361-5-II.   Division Two.   June 24, 2008.]

ROBERT R. MITCHELL ET AL., *Appellants*, v. MICHAEL A. PRICE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-2-10247-8, Katherine M. Stolz, J., entered August 17, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Armstrong, J.